348

18968.   LAWRENCE *et al. v.* CHATTOOGA COUNTY.

BROYLES, C. J.   Under the pleadings and the evidence the verdict in favor of the county was amply authorized, if not demanded; and neither of the two special grounds of the motion for a new trial shows cause for a reversal of the judgment.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JULY 10, 1928.

*E. S. Taylor, Graham Wright,* for plaintiffs.
*J. M. Bellah, Maddox, Matthews & Owens,* for defendants.

18970.   WHITLEY *v.* POSTAL TELEGRAPH CABLE CO.

BLOODWORTH, J.   The motion for a new trial in this case contains no special grounds.   The jury determined the issue of fact in favor of the plaintiff; their verdict was approved by the judge who tried the case, and this court can not interfere.

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 10, 1928.

*L. B. Wyatt,* for plaintiff in error.
*Robert L. Cowart, E. T. Moon,* contra.